UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JIMMIE DALE BREAUX #608789** | **CASE NO. 6:17-CV-01618 SEC P** |
| **VERSUS** | **JUDGE JUNEAU** |
| **KEITH DEVILLE** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** the instant application be **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 7th day of February, 2019.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE